SCAD-16-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,
vs.

KENDALL C.S. WONG,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-011-8743)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Pursuant to Rule 2.19 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and upon due consideration of the entire record in this matter, this court hereby concludes that Respondent Kendall C.S. Wong is presently in the course of a disciplinary proceeding both before this court, pursuant to the August 5, 2016 order entered by this court in response to the May 27, 2016 petition filed with this court by the Office of Disciplinary Counsel on behalf of the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, as well as before the Disciplinary Board through the remand by the Board of his

disciplinary matter for further review.  We further conclude that, based upon a review of the entire record in this matter, Respondent Wong, by his own statements to the Board, has established he is presently incapacitated due to a physical infirmity that prevents him from fulfilling his obligations in the disciplinary matter and from practicing law.  See Docket 3:64, 71, 79, 171, 181, 183, 189.  Therefore,

IT IS HEREBY ORDERED that Respondent Kendall C.S. Wong is hereby transferred immediately to inactive status, on the grounds of the aforementioned disability, for an indefinite period of time.  Respondent Wong is cautioned he may not resume the practice of law until reinstated by order of this court.

IT IS FURTHER ORDERED that Respondent Wong may remedy this suspension by filing an application for reinstatement, pursuant to RSCH Rule 2.19(f).

IT IS FINALLY ORDERED that the Disciplinary Board shall publicize notice of Respondent Wong's suspension as required by RSCH Rules 2.19(d) and 2.19(e).

DATED:  Honolulu, Hawaiʻi, September 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2